IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

UNITED STATES OF AMERICA,
    *Plaintiff,*

    v.

GLADIS H. GRAHAM a/k/a GLADIS
    SUBLETT a/k/a JUNNIE SUBLETT;
CHARLES SUBLETT;
MEDIAK, LLC;
BANK OF AMERICA, N.A.;
M&T BANK CORPORATION;
CAVALRY SPV, LLC;
PORTFOLIO RECOVERY ASSOCIATES,
    LLC;
DISCOVER BANK;
KNOBS POINTE APTS., LLC;
STATE OF INDIANA, DEPARTMENT OF
    REVENUE; and
FLOYD COUNTY, INDIANA;
    *Defendants.*

Case No. 4.23-cv-97-TWP-KMB

## FLOYD COUNTY, INDIANA'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Floyd County, Indiana ("Floyd County"), by and through undersigned counsel, answers Plaintiff's Complaint as follows:

1.  It lacks sufficient knowledge to admit or deny the allegations of the Complaint, and therefore denies them.  However, it admits all facts which are affirmatively shown by public records in the Floyd County, Recorder's office.

2.  With respect to the complaint insofar as it alleges that Floyd County, Indiana may have a lien against the real estate, which is the subject matter of the Plaintiff's complaint, it would state that pursuant to Indiana Code 6-1.1-22-1 et.

seq., any property taxes owed against the property at issue are entitled to statutory priority, must be paid on a timely basis, and survive any transfer of the property.

**WHEREFORE,** Floyd County, Indiana prays that any claim for real estate taxes be recognized as a priority lien against this property, and for all other appropriate relief.

Respectfully submitted,

/s/ Kristi L. Fox

Kristi L. Fox
*Counsel for Defendant,*
*Floyd County, Indiana*
Attorney #31021-22
Fox Law Offices, LLC
409 Bank Street
New Albany, IN 47150
*kfox@thefoxlawoffices.com*
Telephone: (812) 944-2500
Fax: (812) 944-7707

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on 7th day of August, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Kimberly Parke - DOJ-Tax, Civil Trial Section

Pamela J. Leichtling, M&T Bank Corporation

I hereby certify that on 7th day of August, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the mail.

Gladis Graham, 6007 Woodsview Court, Floyds Knobs, Indiana 47119

Charles Sublett, 6007 Woodsview Court, Floyds Knobs, Indiana 47119

2

Mediak LLC, 6007 Woodsview Court, Floyds Knobs, Indiana 47119

Bank of America, N.A., 100 North Tryon Street, Charlotte, NC 28255

Cavalry SPV I, LLC, 4645 Executive Drive, Columbus, OH 43220

Unifund CCR LLC, P.O. Box 42465, Cincinnati, OH 45242

Portfolio Recovery Associates LLC, 120 Corporate Blvd., Norfolk, VA 23502

Discover Bank, 6500 New Albany Road, New Albany, OH 43054

Knobs Pointe Apts, LLC, 2702 Paoli Pike, New Albany, IN 47150

State of Indiana, Department of Revenue, P.O. Box 595, Indianapolis, IN 46206-0595

/s/ Kristi L. Fox

_____

KRISTI L. FOX
Attorney